UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

GLENDA SINGLETON,

    Plaintiff,

vs.                                                    CASE NO.:

MIAMI-DADE COUNTY, FLORIDA,

    Defendant.

_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

Plaintiff, GLENDA SINGLETON ("SINGLETON"), sues Defendant, MIAMI-DADE COUNTY, FLORIDA ("COUNTY"), and in support thereof states:

## JURISDICTION AND PARTIES

1. This action seeks damages for violations of Title VII of the Civil Rights Act of 1964, 42 USC § 2000e et seq.

2. This claim arose in Miami-Dade County and thus venue is appropriate in this Court.

3. Plaintiff, GLENDA SINGLETON, is a female and at all times material hereto was employed by the Defendant, COUNTY, as an Correctional Sergeant in Defendant's Department of Corrections & Rehabilitation. She was initially hired by Defendant on or about September 30, 1991.

4. Defendant, COUNTY, is a political subdivision of the State of Florida, and within the jurisdiction of this Court.

5. Declaratory, injunctive, equitable relief, lost wages, salary, employment

benefits and other compensatory damages are sought pursuant to 42 U.S.C. § 12117 and 42 U.S.C. 2000e-5.  Costs and attorney's fees may also be awarded pursuant to 42 U.S.C. § 2000e-5(k).

6.   Jurisdiction is conferred on this Court by Title 28 U.S.C. § 1331 and 2343(4) and 42 USC § 2000e-5(f).

7.   Plaintiff has exhausted any and all available administrative remedies or doing so would be futile.  Plaintiff previously filed a Charge of Discrimination with the Equal Employment Opportunity Commission.  Plaintiff's Dismissal and Notice of Rights were issued on June 22, 2022, a copy of which is attached hereto as Exhibit "A".

### VIOLATION OF THE CIVIL RIGHTS ACT OF 1964
### Sex Discrimination

8.   Plaintiff repeats and realleges paragraphs 1 through 7 as if stated fully herein.

9.   Defendant maintains certain positions/assignments with the Defendant's Corrections & Rehabilitation Department as "specialty positions" which carry additional responsibilities and are favorable assignments.  These positions require an application and interview process in order to be selected based on rankings.

10.   In 2019, Plaintiff applied for a specialty position in the Court Services Bureau of the Defendant's Corrections & Rehabilitation Department and as a result of the process, she was ranked second.  The position was offered to the first ranked candidate, a male employee, and he declined the position. Defendant then bypassed Plaintiff and offered the position to the candidate ranked third, another male employee.  The third ranked candidate then declined the position.  Defendant then failed or refused to offer the position to Plaintiff, a female.  It is significant to note that the fourth candidate, also a female, was not offered

the position either. Rather than fill the position with a female, Defendant left the position vacant.

11. There was no valid justification for Defendant's failure to fill the position with Plaintiff who had been deemed qualified, interviewed and ranked second on the interview list.

12. As a result, Plaintiff has been subjected to discrimination on the basis of her sex in violation of Title VII.

13. As a direct and proximate result of the foregoing, Plaintiff has suffered, is now suffering, and will continue to suffer, emotional pain and mental anguish. As a direct and proximate result of such actions, Plaintiff has been, is being and will in the future, be deprived of income in the form of wages and of prospective benefits due to the Plaintiff solely because of Defendant's conduct.

WHEREFORE, Plaintiff demands judgment for damages against Defendant, including but not limited to the following:

a. a declaration that the acts and practices complained of herein are in violation of Title VII;

b. enjoining and permanently restraining these violations of Title VII;

c. directing Defendant to place Plaintiff in the position she would have occupied but for Defendant's discriminatory treatment of her, and making her whole for all earnings and other benefits she would have received but for Defendant's discriminatory treatment, including but not limited to wages, pension, and other lost benefits;

d. compensatory damages for past, present and future mental anguish, pain and

suffering, and humiliation caused by the intentional discrimination;

    e.    awarding Plaintiff the costs of this action together with reasonable attorney's fees, as provided by Title VII;

    f.    trial by jury; and

    g.    such other relief as the court deems proper.

## **DEMAND FOR JURY TRIAL**

WHEREFORE, Plaintiff, SINGLETON, submits this demand for jury trial for all issues triable of right by a jury pursuant to Rule 38, Fed. R. Civ. P.

    Respectfully submitted,

    TERI GUTTMAN VALDES LLC
    Counsel for Plaintiff
    1501 Venera Avenue, Suite 300
    Coral Gables, Florida 33146
    Telephone: (305) 740-9600


    By:    <u>s/Teri Guttman Valdes</u>
            Teri Guttman Valdes
            Florida Bar No. 0010741