UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 22-cv-22989-ALTMAN/Reid

**GLENDA SINGLETON**,

    *Plaintiff*,

*v.*

**MIAMI-DADE COUNTY, FLORIDA**,

    *Defendant*.
_____/

## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties have filed a Joint Stipulation of Dismissal with Prejudice ("Stipulation of Dismissal") [ECF No. 22]. The parties ask us to "reserve[ ] jurisdiction to enforce the parties' settlement agreement for a period not to exceed 60 days from the date of the order of dismissal." Stipulation of Dismissal at 1. We will not retain jurisdiction over a settlement agreement that we haven't seen or approved. Accordingly, we hereby **ORDER AND ADJUDGE** as follows:

1. The claims between the Plaintiff and the Defendant are **DISMISSED with prejudice**.

2. The above-styled action shall remain administratively **CLOSED**.

3. The parties may re-file their Stipulation of Dismissal by **August 22, 2023**, and *either* attach a copy of their settlement agreement *or* remove their request for us to retain jurisdiction. If the parties choose not to re-file, we note that the Stipulation of Dismissal is otherwise self-executing.

4. Any pending motions are **DENIED AS MOOT** and any scheduled hearings are **TERMINATED**.

**DONE AND ORDERED** in the Southern District of Florida on August 15, 2023.

                                            **ROY K. ALTMAN**
                                            **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record